COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ali  Yazdchi v. Mike  Jones and Sam  Adamo

Appellate case number:   01-15-00438-CV

Trial court case number: 2015-05013

Trial court:             11th District Court of Harris County

The clerk's record contains an affidavit of indigence filed by appellant on May 7, 2015.  The District Clerk filed a contest on May 15, 2015.  A hearing was held on the contest on May 25, 2015.  The clerk's record does not contain a signed copy of the trial court's order to pay costs, signed on or about June 23, 2015.

Accordingly, the District Clerk is directed to supplement the record, **within 10 days of the date of this order**, by preparing, certifying, and filing with this Court a supplemental clerk's record, containing the trial court's June 23, 2015, order on the District Clerk's contest to appellant's affidavit of indigence. *See* Tex. R. App. P. 34.5(c).

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                   ☒  Acting individually


Date:  November 5, 2015